**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                               **3:03cr93/RV
3:06cv473/RV/MD**

**DUNCAN A. WALTON**

## ORDER

The defendant has filed a petition for issuance of certificate of appealability of this court's denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 182).  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's May 1, 2007 order (doc. 180) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on April 9, 2007 (doc. 178), his request for a certificate of appealability is DENIED.

Defendant has not filed a motion for leave to proceed *in forma pauperis*.  The court finds that even if he were to file such a motion that the appeal is not taken in good faith and the defendant is not otherwise entitled to so proceed.  Fed.R.App.P. 24(a)(3).  Accordingly, defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 4th day of June, 2007.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**