# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 06, 2007

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-12429-E**
Case Style: Duncan A. Walton v. USA
District Court Number: 06-00473 CV-3-RV/MD (03-00093-CR-3-RV/MD)

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

NO FURTHER ACTION WILL BE TAKEN ON THIS APPEAL.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 NOV -8 AM 10: 16

FILED

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

NOV 0 6 2007

THOMAS K. KAHN
CLERK

No. 07-12429-E

DUNCAN A. WALTON,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

Appeal from the United States District Court for the
Northern District of Florida

Before **TJOFLAT** and **BLACK**, **Circuit Judges.**

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's order dated September 5, 2007, denying appellant's motion for a certificate of appealability and denying as moot his motion for leave to proceed on appeal in forma pauperis. Upon reconsideration, appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Strickland v. Washington, 466 U.S. 668, 687-88, 694, 104 S.Ct. 2052, 2064-65, 2067, 80 L.Ed.2d 674 (1984); United States v. Rodriguez, 398 F.3d 1291, 1296 (11th Cir. 2005); Walker v. Jones, 10 F.3d 1569, 1572 (11th Cir. 1994).

Appellant's motion for leave to proceed in forma pauperis is DENIED AS MOOT.